■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH MAFFEI, Appellant. [785 NYS2d 534]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered September 8, 1999, convicting him of robbery in the first degree, robbery in the second degree, assault in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertion, neither the photo array that the victims were shown, nor the lineup that they viewed, was unduly suggestive (see People v Wright, 297 AD2d 391 [2002]; People v Brock, 293 AD2d 294 [2002]; People v Ortiz, 273 AD2d 482 [2000]; People v Keller, 242 AD2d 735 [1997]). Accordingly, the hearing court correctly refused to suppress the victims' identification testimony.

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see CPL 470.15 [5]; People v Steed, 219 AD2d 689 [1995]).

The defendant's remaining contentions either are unpreserved for appellate review (see CPL 470.05 [2]) or without merit. Florio, J.P., H. Miller, S. Miller and Spolzino, JJ., concur.